JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HIBDON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; LOS FELIZ FORD, INC., a California corporation *dba* STAR FORD LINCOLN; and DOES 1 through 75, inclusive,<br><br>Defendants. | Case No. 2:17-CV-06355 AB (FFMx)<br><br>**[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge:  Hon. André Birotte, Jr.<br>Ctrm:   7B<br><br>Complaint Filed:  August 28, 2017<br>Trial Date:  Not Set |

1                                              2:17-CV-06355 AB (FFMx)

ORDER

On May 9, 2018, Plaintiff CHRISTOPHER HIBDON, along with Defendants FORD MOTOR COMPANY and LOS FELIZ FORD, INC. *dba* STAR FORD LINCOLN, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated:  _May 14, 2018_____

_____

ANDRÉ BIROTTE, JR.
United States District Court Judge
Central District of California

2                    2:17-CV-06355 AB (FFMx)

ORDER